# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LEONARD S. MURRAY

VERSUS

MARCUS LEE WINTERS AND
GOAUTO INSURANCE

NO. 2026 CW 0010

**MAY 4, 2026**

---

In Re: GoAuto Insurance Company, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 734049.

---

**BEFORE: MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT NOT CONSIDERED.** This writ application failed to include a signed copy of the judgment complained of and the signed notice of intent and return date order in violation of Rules 4-5(C)(6) and (11) of the Uniform Rules of Louisiana Courts of Appeal.

Supplementation of this writ application and/or application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before May 26, 2026, and must contain a copy of this ruling.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT